UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

DON JOHNSON )
)
v. ) No. 3:06-0946
) JUDGE CAMPBELL
GEORGE LITTLE, et al. ) DEATH PENALTY CASE

ORDER

Pending before the Court is a Motion To Dismiss Of Defendants Little And Bell (Docket No. 6). Plaintiff has filed a Response to the Motion (Docket No. 13), an Amended Complaint (Docket No. 14), and a Motion For Preliminary Injunction (Docket No. 15) to stay his execution. For the reasons set forth in the accompanying Memorandum, the Motion To Dismiss (Docket No. 6) is GRANTED, and the Motion for Preliminary Injunction (Docket No. 15) is DENIED.

This Order shall constitute the judgment in this case pursuant to Fed. R. Civ. P. 58.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE